UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIU, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; and DOES 1 through 10, inclusive,<br><br>                        Defendants. | Case No.: 3:18-cv-1227-L-BLM<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL [ECF No. 11]** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this matter with prejudice as to the named plaintiff, dismisses this matter without prejudice as to the putative class alleged in the complaint, each party shall bear its own attorneys' fees and costs upon the parties' stipulation of dismissal [ECF No. 11].

**IT IS SO ORDERED.**

Dated: October 17, 2018

_____
Hon. M. James Lorenz
United States District Judge